554

435 A.2d 914

Commonwealth v. Jones, Appellant.

Submitted February 17, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence is affirmed.

435 A.2d 914

Commonwealth v. Lang, Appellant.

Submitted February 9, 1981. H. David Rothman, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, DiSALLE and SHERTZ, JJ.

Order affirmed.